GAIDRY, J.,
agrees in part and dissents in part with reasons.
1, While I agree with the portion of the majority opinion affirming the trial court judgment on liability, I disagree that the damage award should be amended because I do not believe that there was an abuse of discretion. While I agree that the trial court should not use a mathematical formula to arrive at a general damages award, the plaintiffs testimony regarding the pain and suffering he experienced simply does not support a finding that a general damages award of $10,000.00 is an abuse of discretion. Although there was a lapse in treatment when the plaintiffs work and school schedule did not permit him to report for treatment, he did not testify that he was pain-free during this lapse, and he resumed treatments once his pain flared up. Based on the plaintiffs testimony, I do not believe the trial court erred in finding that he experienced four months of pain or in awarding $10,000.00 in general damages for his pain and suffering. We must remain mindful that we are not the trial court and should not act as a one by substituting our judgment for that of the trial court.